## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

George Moore

                Plaintiff,

v.                                            Case No.: 1:22−cv−01476
                                                        Honorable Charles P. Kocoras

OKCity Rx LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

    MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion for Entry of Default [9] is granted. The letters from Frank Suess [7], [10] are stricken. Mr. Suess is not a party to this case, nor is he an attorney. Defendant must be represented by counsel. See United States v. Hagerman, 545 F.3d 579, 58182 (7th Cir. 2008) ("A corporation is not permitted to litigate in federal court unless it is represented by a lawyer licensed to practice in that court."). Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.