IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MOORE, | : | |
| Plaintiff, | : | Case No. 1:22-cv-01476 |
| v. | : | Honorable Charles P. Kocoras |
| OKCITY RX LLC, | : | Magistrate Judge Heather K. McShain |
| Defendant. | : | |

## ORDER OF JUDGMENT

Before the Court is Plaintiff George Moore's Motion for Default Judgment against Defendant OKCity Rx LLC. The Court, having fully considered the Motion, together with Plaintiff's Brief in Support of his Motion and Plaintiff's Declaration in Support of his Motion, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that Judgment is entered in favor of Plaintiff George Moore and against Defendant OKCity Rx LLC in the amount of $79,500.00, plus costs. Post-judgment interest shall accrue on that amount at the rate provided by law from the date of this Judgment.

**IT IS SO ORDERED**.

Dated: July 7, 2022

_____
Honorable Charles P. Kocoras
United States District Judge